JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO MAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN BASSETT (in his individual capacity); RONALD DEATON (in his individual capacity); RALPH ESHOM (in his individual capacity); THOMAS C. HOKINSON (in his individual capacity); ARNOLD E. NETKA (in his individual capacity); COREY PETERSON (in his individual capacity); DEPARTMENT OF WATER AND POWER, DOES 1-10,<br><br>Defendants. | CASE NO. 2:06-cv-00118-FMC-RCx<br>*[Assigned for all purposes to Hon. District Judge Florence-Marie Cooper and Magistrate Judge Rosalyn Chapman]*<br><br>[███████] JUDGMENT |

The Motion for Summary Judgment of defendants, Steven Bassett, Ronald Deaton, Ralph Eshom, Thomas C. Hokinson, Arnold E. Netka, Corey Peterson, and City of Los Angeles, Department of Water and Power, having been filed with the Court on March 17, 2008, and the Court having deemed the matter submitted without oral argument, the Court thereby ruled thereon as follows:

///

///

1

After considering the moving, opposing and reply papers, and all other exhibits and evidence presented to the Court, the Court issued its Order, entered on April 11, 2008, granting defendants' Motion for Summary Judgment.

NOW THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is DISMISSED WITH PREJUDICE as to the moving defendants and the Court finds:

1. Defendants' Motion for Summary Judgment is GRANTED;
2. Plaintiff take nothing by way of this action;
3. That judgment is entered in favor of defendants; and
4. That defendants shall recover their costs of suit herein.

IT IS SO ORDERED.

DATED: JUN 1 0 2008

By: _____
FLORENCE-MARIE COOPER, Judge
United States District Court

197880