CARMEN A. TRUTANICH, City Attorney
RICHARD M. BROWN, General Counsel,
   Water and Power
PAUL N. PAQUETTE (Bar No. 109798)
Assistant City Attorney
111 North Hope Street, Room 340
Los Angeles, California 90012
Telephone: (213) 367-4591
Facsimile:  (213) 367-4588
Email:  paul.paquette@ladwp.com

Attorneys for Defendants STEVEN BASSETT,
RONALD DEATON, RALPH ESHOM,
ARNOLD E. NETKA, COREY PETERSON,
and CITY OF LOS ANGELES, Acting by
and through the DEPARTMENT OF WATER AND
POWER of the CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO MAREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN BASSETT (in his individual capacity); RONALD DEATON (in his individual capacity); RALPH ESHOM (in his individual capacity); THOMAS C. HOKINSON (in his individual capacity); ARNOLD E. NETKA (in his individual capacity); COREY PETERSON (in his individual capacity); DEPARTMENT OF WATER AND POWER, DOES 1 – 10,<br><br>　　　　Defendants. | CASE NO.  CV-06-00118 ABC (RCx)<br>*[Assigned for all purposes to Hon. Chief Judge Audrey B. Collins and Magistrate Judge Rosalyn Chapman]*<br><br>***EX PARTE* APPLICATION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE DATES; DECLARATION OF COUNSEL; MEMORANDUM OF POINTS OF AUTHORITIES**<br><br>**[Declaration of Paul N. Paquette filed concurrently herewith under seal; [Proposed] Order on *Ex Parte* Application filed concurrently herewith]**<br><br>Pretrial Conference:　March 28, 2011<br>Trial:　　　　　　　　April 26, 2011 |

/ / /

/ / /

/ / /

1

1 | Defendants Steven Bassett, Ronald Deaton, Ralph Eshom, Arnold E. Netka,
2 Kory Peterson (erroneously served as Corey Peterson), and the City of Los Angeles,
3 Acting By and Through the Department of Water and Power of the City of Los
4 Angeles, hereby make an *ex parte* application to the Court for an order continuing the
5 pre-trial conference and trial dates to September or October 2011.  The grounds of this
6 application are set forth in the good cause declaration of counsel which follows and are
7 more fully set forth in the declaration under seal submitted concurrently herewith.

9 DATED: March 17, 2011           CARMEN A. TRUTANICH, City Attorney
10                                RICHARD M. BROWN, General Counsel or
                                   Water and Power

12                                By:   /s/ Paul N. Paquette
                                        PAUL N. PAQUETTE
13                                      Assistant City Attorney
14                                Attorney for Defendants
                                  STEVEN BASSETT, RONALD DEATON,
15                                RALPH ESHOM, THOMAS C. HOKINSON,
                                  ARNOLD E. NETKA, COREY PETERSON,
16                                and CITY OF LOS ANGELES, Acting By and
17                                Through the DEPARTMENT OF WATER
                                  AND POWER of the CITY OF LOS
18                                ANGELES

# DECLARATION OF COUNSEL

I, Paul N. Paquette, declare and state as follows:

1. I am an Assistant City Attorney for the City of Los Angeles and I am the attorney principally responsible for the defense of this action and have been since its inception. The facts contained herein are true of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. I currently suffer from a serious medical condition.

3. My physicians have recently advised me that I need to undergo an immediate three-month course of treatment.

4. The treatment regiment is scheduled to begin on March 31, 2011, and will conclude around mid-June 2011.

5. As more fully set forth in my declaration under seal, the treatment has side effects, and as a result, I will not be able to physically try this case during the period of time that the treatment is ongoing and for a period of sixty days thereafter. I do not anticipate any difficulty in trying this case in the months of September or October 2011 or at any reasonable time thereafter.

6. I have advised Plaintiff's counsel, Jeffrey Lipow, of these facts. Thus far we have been unable to reach an agreement sufficient to support a stipulation.

7. Jeffrey Lipow's contact information is as follows: Lipow & Harris, 15821 Ventura Boulevard, Suite 615, Encino, California 91436, telephone number (818) 905-0507; facsimile (818) 905-7868, e-mail: jlipow@lipowharris.com.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 17th day of March, 2011, in Los Angeles, California.

                    /s/ Paul N. Paquette
                    PAUL N. PAQUETTE

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## GOOD CAUSE EXISTS FOR A TRIAL CONTINUANCE AND FOR THE FILING OF MR. PAQUETTE'S DECLARATION UNDER SEAL

Exigent circumstances have necessitated a trial continuance.  Mr. Paquette is an Assistant City Attorney with the Los Angeles City Attorney's Office and the senior trial attorney in the Department of Water and Power's Employee Relations Section.  In 2005, at the request of DWP management, he was assigned as the trial attorney in six related First Amendment retaliation cases, including this one.  Over the past six years, he has tried three of these cases, disposed of another two, and this is the last remaining case.  As such, he is thoroughly familiar with the facts and evidence in this case and it is the desire of Defendants that Mr. Paquette represent them at the trial in this action.  Further, were it not for the medical developments disclosed in Mr. Paquette's declaration, he would be thoroughly prepared to try this case on April 26, 2011, the currently scheduled trial date.

Mr. Paquette is ready to try the case as early as mid-August 2011; however, Plaintiff's counsel is unavailable during the month of August, and accordingly, Defendants are requesting that the Court put the matter over to a suitable date in either September or October 2011.  Counsel for Defendants has arranged for the appointment of another attorney in the City Attorney's Office to be assigned as co-counsel in the case in the unlikely event he is unable to proceed with this case in September or thereafter.

Good cause exists for the filing of Mr. Paquette's declaration under seal.  *See Kamakana v. United States of America*, 447 F.3d 1172, 1179 (9th Cir. 2006).  In *Kamakana*, the Ninth Circuit noted that it "treat[ed] judicial records attached to dispositive motions differently from records attached to non-dispositive motions" such as this one.  *Id.* at 1180.  "The public policies that support the right of access to dispositive motions, and related materials, do not apply with equal force to non-

dispositive motions." *Id.* at 1179 (citation omitted). Thus, a "good cause showing under [Federal Rule of Civil Procedure] 26(c) will suffice to keep sealed records attached to nondispositive motions." *Id.* at 1180 (citation omitted). *See also Abbey v. Hawaii Employers Mutual Ins. Co.*, 2010 U.S. Dist. LEXIS 135168, at *8-9 (D. Haw. Dec. 21, 2010), citing *Kamakana v. United States of America*, *supra*, 447 F.3d at 1179. The court in *Abbey* granted a motion to strike evidence submitted in opposition to a summary judgment motion and sealed evidence of a non-party's confidential medical records.[1] *Abbey* is particularly relevant since Mr. Paquette is also a non-party and since his confidential medical information is involved in the instant, non-dispositive application.

## II.
## CONCLUSION

Defendants respectfully request that the trial and pre-trial conference be continued to suitable dates in September or October 2011 for the reasons set forth above and in the declaration of Paul N. Paquette.

DATED: March 17, 2011

CARMEN A. TRUTANICH, City Attorney
RICHARD M. BROWN, General Counsel or Water and Power

By:   /s/ Paul N. Paquette
    PAUL N. PAQUETTE
    Assistant City Attorney
Attorney for Defendants
STEVEN BASSETT, RONALD DEATON, RALPH ESHOM, ARNOLD E. NETKA, COREY PETERSON, and CITY OF LOS ANGELES, Acting By and Through the DEPARTMENT OF WATER AND POWER of the CITY OF LOS ANGELES

237889

---

[1] A copy of the *Abbey* decision is annexed hereto as Exhibit 1. Citation to *Abbey* is made pursuant to Federal Rules of Appellate Procedure 36-3(a), 36-3(b), and 32.1.

**PROOF OF SERVICE**

I, Yvette Furr, state and declare as follows:

I am employed in the County of Los Angeles; I am over the age of eighteen years and am not a party to the within entitled action; my business address is 111 North Hope Street, Suite 340, Los Angeles, California 90012-2694. On March 18, 2011, I served the within document:

***EX PARTE* APPLICATION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE DATES; DECLARATION OF COUNSEL; MEMORANDUM OF POINTS OF AUTHORITIES**

by transmitting via facsimile the document listed above to the fax number set forth below on this date.

**Jeffrey A. Lipow, Esq.**
**LIPOW & HARRIS**
**15821 Ventura Boulevard, Suite 615**
**Encino, California  91436**
**Telephone:  (818) 905-0507**
**Facsimile:   (818) 905-7868**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this 18th day of March, 2011, at Los Angeles, California.

                                                                             /s/ Yvette Furr
                                                                             Yvette Furr